IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:08-CR-44 (HL) |
| | : |
| v. | : |
| | : |
| WEBSTER JAMES JOHNSON | : |
| _____ | : |

**O R D E R**

Upon the motion of the Government and Defendant, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the January term of court to the next term of court. In support of this order, the court specifically finds that:

(1)

On October 10, 2008, Defendant was ordered to submit to a psychological evaluation with the Bureau of Prisons. The evaluation has been completed. Defendant appeared in court on February 26, 2009, for entry of a guilty plea. It will be necessary for the court to schedule a competency hearing before entry of a plea.

(2)

WHEREFORE it is ordered that the case be continued to the next trial term. It is further ordered that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

SO ORDERED, this 3rd day of March, 2009.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE