# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 5:08-cr-44 (HL) |
| : | |
| **WEBSTER JAMES JOHNSON,** : | |
| : | |
| Defendant.   : | |
| _____ | |

## ORDER

On January 12, 2009, the Government filed a Motion for Continuance (Doc. 39), seeking to continue this case from the term of court scheduled to begin on January 29, 2009. Also on January 12, 2009, counsel for the Government and Defendant appeared before the Court for a pretrial conference. At the pretrial conference, counsel advised the Court that no report summarizing Defendant's psychological evaluation had yet been received from the Bureau of Prisons. As a result, the Court announced from the bench that the case would be continued to the next term of Court. Consistent with the Court's statement at the pretrial conference, therefore, the Government's Motion for Continuance is granted. It is further ordered that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

**SO ORDERED**, this the 16th day of March, 2009.

s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**