# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 5:08-CR-44(HL) |
| : | |
| **WEBSTER JAMES JOHNSON,** : | |
| : | |
| Defendant. : | |
| _____ | |

## ORDER

On April 15, 2009, the Government filed a Joint Motion for Continuance (Doc. 50), seeking to continue this case from the term of court scheduled to begin on April 20, 2009.

On February 26, 2009, Defendant appeared before the Court to enter a guilty plea. He had previously undergone a psychological evaluation completed by the Bureau of Prisons at the order of the Court. In light of the evaluation, the parties consented to a hearing to determine Defendant's competency to enter a guilty plea.

On April 7, 2009, Defendant's attorney filed with the Court an independent psychological evaluation that disputes some of the findings made by the Government's psychiatrist. The Court has determined that the matter should be set for a hearing where both psychiatrists will be examined and cross-examined regarding their respective findings, and the parties agree to the same. Therefore, the Joint Motion for Continuance (Doc. 50) is **GRANTED**. It is further ordered that any delay occasioned

by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

**SO ORDERED**, this the 17th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh